BEFORE THE SECOND DIVISION, MAY 24, 1940

**No. 43775.**—Protests 955287–G, etc., of American Import Co. et al. (Los Angeles).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the cocoa fiber mats in question were held dutiable at 90 percent under paragraph 1529 (a) as claimed.

**No. 43776.**—Protest 20961–K of E. Leitz, Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is similar to the metal-coated paper articles the subject of Abstract 42922. The claim at 5 cents per pound and 20 percent ad valorem under paragraph 1405 was therefore sustained.

**No. 43777.**—Protests 794154–G, etc., of Aberfoyle Mfg. Co. et al. (Philadelphia).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43778.**—Protests 12334–K, etc., of Jordan Marsh Co., et al. (Boston, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 24, 1940

**No. 43779.**—Protests 848354–G, etc., of Hershey Corp. et al. (Baltimore, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43780.**—Protests 803915–G. etc., of Hershey Corp. et al. (Norfolk, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MAY 27, 1940

**No. 43781.**—Protest 933153–G of S. Lisk & Bro. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel siren whistles and horns similar to those involved in Abstract 40480 were held dutiable at 45 percent under paragraph 397 and squawker balloons like those the subject of Abstract 40493 were held dutiable at 45 percent under paragraph 409 as claimed.